United States District Court
Northern District of California

1

2

3

4                                         UNITED STATES DISTRICT COURT

5                                        NORTHERN DISTRICT OF CALIFORNIA

6

7    OPERATING ENGINEERS' HEALTH              Case No. 19-cv-08344-JSC
     AND WELFARE TRUST FUND FOR
8    NORTHERN CALIFORNIA, et al.,

9                  Plaintiffs,               **ORDER RE: PLAINTIFFS' FAILURE
                                             TO FILE MOTION FOR DEFAULT
10         v.                                JUDGMENT**

                                             Re: Dkt. No. 71
11   MARK J. HANSEN,

12                 Defendant.

13

14         On February 29, 2024, Plaintiffs asked the Court to vacate or continue the upcoming case

15   management conference to give Plaintiffs the opportunity to file a motion for default judgment.

16   (Dkt. No. 71.)  Plaintiffs specifically represented: "Given the parties' failure to informally resolve

17   this matter, and Defendant's continued failure to appear in this litigation, Plaintiffs are in the

18   process of preparing their Motion for Default Judgment, which they anticipate filing within thirty

19   (30) days. The Motion for Default Judgment will be noticed for a hearing date of April 18, 2024 at

20   10:00 a.m." (*Id.* ¶ 7.)  In light of Plaintiffs' representation, the Court vacated the case

21   management conference.  (Dkt. No. 72.)  However, Plaintiffs did not file the motion for default

22   judgment as promised and the docket does not reflect any case activity since that time.

23         Plaintiffs are therefore ORDERED to file a motion for default judgment by June 20, 2024,

24   noticed for hearing on July 25, 2024 at 9:00 a.m. via Zoom video.  The Court sets a case

25   management conference for the same date and time.

26   //

27   //

28   //

1          **IT IS SO ORDERED.**

2     Dated: June 11, 2024

3

4                                                JACQUELINE SCOTT CORLEY
5                                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28